**STATE of Missouri, Respondent.**

v.

**Dennis W. SHUMATE, Appellant,**

**No. WD 53921.**

Missouri Court of Appeals,
Western District.

April 28, 1998.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 2, 1998.

Bob J. Hiler, Kansas City, for appellant.

James L. LaSalle, Asst. Pros. Atty., Jackson County, Kansas City, for respondent.

Before BRECKENRIDGE, P.J., and LOWENSTEIN and SPINDEN, JJ.

## ORDER

PER CURIAM.

Dennis W. Shumate appeals the circuit court's judgment convicting him of driving while intoxicated and operating a motor vehicle in a careless and imprudent manner. We affirm. Rule 30.25(b).